**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JENNIFER J. ROBINSON,            ) | |
|                  Plaintiff,    ) | |
| vs.                                                   ) | Case No. CIV-07-169-M |
| MICHAEL J. ASTRUE,            )<br>Commissioner of the Social   )<br>Security Administration,            ) | |
|                  Defendant.   ) | |

## ORDER

On January 7, 2008, United States Magistrate Judge Shon T. Erwin issued Findings & Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits and her application for supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Findings & Recommendation by January 27, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Findings & Recommendation issued by the Magistrate Judge on January 7, 2008;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Findings & Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 11th day of February, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE